UNITED REALTY & DEVELOPERS v. EDMONDS ET AL.

——

(January 13, 1930. Opinion and Decree.)

George J. Untereiner, of New Orleans, attorney for plaintiff, appellee.

J. Olin Chamberlain, of New Orleans, attorney for defendants, appellants.

WESTERFIELD, J. In this matter, submitted to the court, without appearance, brief or argument on behalf of appellant, the judgment appealed from appears to be correct, and it is, therefore, affirmed.

JANVIER, J., takes no part.